IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TRUSTEES OF CENTRAL LABORERS' PENSION, WELFARE & ANNUITY FUNDS,<br><br>    Plaintiff,<br><br>    v.<br><br>FERKY'S OF HERRIN, INC.,<br><br>    Defendant. | Case No. 13-cv-3-JPG-DGW |

## DEFAULT JUDGMENT

This matter having come before the Court, the defendant having failed to plead or otherwise defend, and default having been entered,

IT IS HEREBY ORDERED AND ADJUDGED as follows:

That judgment is entered in favor of plaintiff Trustees of Central Laborers' Pension, Welfare & Annuity Funds and against defendant Ferky's of Herrin, Inc., in the sum of $2,267.86 (consisting of liquidated damages of $547.86 plus attorney's fees and costs of $1,720.00).

                                        **NANCY J. ROSENSTENGEL, Clerk of Court**

**DATED:** July 9, 2013                 <u>s/Deborah Agans, Deputy Clerk</u>


Approved:    <u>s/ J. Phil Gilbert</u>
            **J. PHIL GILBERT**
            **DISTRICT JUDGE**